```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

MARSEILLES HOMEOWNERS           *           CIVIL ACTION
CONDOMINIUM ASSOCIATION,
INC.

VERSUS                          *           NO: 07-7938

CHARLES FONTENELLE, ET AL       *           SECTION: "D"(1)

### ORDER AND REASONS

Before the court is the **"Motion to Remand"** filed by Plaintiff, Marseilles Condominium Association, Inc. *No memorandum in opposition was filed.* The motion, set for hearing on Wednesday, December 19, 2007, is before the court on Plaintiff's brief, without oral argument. Now, having considered the memorandum of Plaintiff's counsel, the record, and the applicable law, the court **GRANTS** Plaintiff's **"Motion to Remand"** as unopposed.

New Orleans, Louisiana, this **19th** day of **December, 2007**.

                                    _____
                                         A.J. McNAMARA
                                    UNITED STATES DISTRICT JUDGE